# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America <br> v. <br> Alason FERREIRA-PEIXOTO & <br> Lucas NASCIMENTO-SILVA <br> *Defendant(s)* | Case No. 24-MJ-8519-PGL |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 2024 to September 2024__ in the county of __Barnstable & Bristol__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(a)(1)(A) | Engaging in the business of dealing in firearms without a license |
| 18 U.S.C. § 371 | Conspiracy to engage in the business of dealing in firearms without a license |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_Eric Mercer /by Paul G. Levenson_
*Complainant's signature*

Eric Mercer, ATF Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 17, 2024

*Judge's signature*

City and state: Boston Massachusetts

Hon. Paul G. Levenson, U.S. Magistrate Judge
*Printed name and title*